IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
2025 DEC -9  PM 2:43
OFFICE OF THE CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>JOSE ANDRES HUERTA CRUZ, and<br>BLANCA YESENIA RINCON FLORES,<br><br>        Defendants. | 4:25CR3107<br><br>INDICTMENT<br><br>21 U.S.C. §§ 841(a)(1) and (b)(1)(A)<br>18 U.S.C. § 2<br>21 U.S.C. § 860a |

The Grand Jury charges that

## COUNT I

On or about October 24, 2025, the District of Nebraska, the defendants, JOSE ANDRES HUERTA CRUZ and BLANCA YESENIA RINCON FLORES knowingly and intentionally possessed with intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, or its salts, isomers or salts of isomers, a Schedule II controlled substance.

It is further alleged that the offense occurred on premises in which an individual under the age of eighteen years was present or resides.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A), Title 21 United States Code Section 860a, and Title 18, United States Code, Section 2.

## FORFEITURE ALLEGATION

1. The allegations contained in Count I of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853.

1

2. Pursuant to Title 21, United States Code, Section 853, upon conviction of an offense as set forth above in Count I, Defendant(s), JOSE ANDRES HUERTA CRUZ and BLANCA YESENIA RINCON FLORES, shall forfeit to the United States of America any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offense. The property to be forfeited includes, but is not limited to:

   a. A Glock 22 .40 caliber handgun;
   b. A Smith and Wesson SD 9 VE handgun;
   c. 9 mm AR pistol without a serial number;
   d. $6,133.00 in U.S. currency.

3. If any of the property described above, as a result of any act or omission of Defendant(s):

   a. cannot be located upon the exercise of due diligence;
   b. has been transferred or sold to, or deposited with, a third party;
   c. has been placed beyond the jurisdiction of the court;
   d. has been substantially diminished in value; or
   e. has been commingled with other property which cannot be divided without difficulty;

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p).

In violation of Title 21, United States Code, Section 853.

A TRUE BILL.

FOREPERSON

The United States of America requests that trial of this case be held in Lincoln, Nebraska, pursuant to the rules of this Court.

UNITED STATES OF AMERICA, Plaintiff

LESLEY A. WOODS
United States Attorney
District of Nebraska

By: DANIELLE J. FLIAM, #25658
Assistant U.S. Attorney