IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

              Plaintiffs,

     vs.

JOSE ANDRES HUERTA CRUZ,

              Defendants.

**4:25CR3107**

**ORDER**

IT IS ORDERED:

1)    The motion of Jessica L. Milburn to withdraw as counsel of record for Defendant, (Filing No. 34), is granted.

2)    Defendant's newly retained counsel, Shirley A. Mora James, shall promptly notify Defendant of the entry of this order.

3)    The clerk shall delete Jessica L. Milburn from any future ECF notifications herein.

Dated this 16th day of December, 2025.

BY THE COURT:

*s/ Jacqueline M. DeLuca*
United States Magistrate Judge